Clerk's Office
Filed Date: 1/27/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

JMH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| IN THE MATTER OF TITLE III APPLICATION | **P R O P O S E D   O R D E R**<br><br>15-MC-2468 (MKB) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys J. Matthew Haggans, Scott Hartman, and Hagan Scotten, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          Janaury 27, 2022

_S/Margo K. Brodie_
THE HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK